IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               March 10, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY and<br>EVEREST REINSURANCE COMPANY, | Michael J. Geraghty<br>Julie M. Walker |
|       Plaintiffs,<br>v. | |
| ROBERT E. SUTTON, individually and as trustee of the<br>JULIE L. SUTTON REVOCABLE TRUST;<br>JULIE L. SUTTON, individually and as trustee of the<br>JULIE L. SUTTON REVOCABLE TRUST;<br>JULIE L. SUTTON REVOCABLE TRUST;<br>HERITAGE ADVISORS, LLC;<br>UNIVERSAL SPECIAL AUTO FINANCE, LLC;<br>UNIVERSAL CAPITAL MANAGEMENT, LLC;<br>UNIVERSAL HOLDINGS, INC.;<br>FAIRFAX CAPITAL MANAGEMENT, LLC;<br>BIRDIE, LLC;<br>WK CAPITAL ADVISORS, INC.;<br>CENTRIX CONSOLIDATED, LLC;<br>CENTRIX CAPITAL MANAGEMENT, LLC;<br>DAVID SUTTON;<br>KATHERINE SUTTON;<br>MICHAEL A. CONNOLLY;<br>JOHN DOES 1-10 (fictitious persons);<br>JOHN DOE ENTITIES 1-10 (fictitious entities); and<br>JOHN DOE ENTITIES 11-20 (fictitious entities), | Glenn W. Merrick |
|       Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**10:58 a.m.       Court in session.**

Statements by Mr. Geraghty regarding case facts.

Argument by Mr. Merrick.

March 10, 2010
09-cv-02215-RPM

Argument by Mr. Geraghty.

**ORDERED:** **Plaintiffs' Motion to Stay This Action In Favor Of the First Filed New Jersey Action, filed February 9, 2010 [25], is granted. Case stayed 60 days (May 10, 2010) or until the New Jersey Court rules on the motion to dismiss, whichever occurs first.**

**ORDERED:** **Plaintiffs' Motion To Dismiss Or, In The Alternative, Sever And Transfer The CounterClaim To The District Of New Jersey, filed February 9, 2010 [26], is denied.**

**ORDERED:** **Caption maybe amended by stipulation.**

Mr. Merrick states he intends to represent all defendants.

**11:38 pm.** **Court in recess.**

Hearing concluded. Total time: 40 min.