IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02215-RPM

EVEREST NATIONAL INSURANCE COMPANY and
EVEREST REINSURANCE COMPANY,

     Plaintiffs,

v.

ROBERT E. SUTTON, individually and as trustee of the
  JULIE L. SUTTON REVOCABLE TRUST;
JULIE L. SUTTON, individually and as trustee of the
  JULIE L. SUTTON REVOCABLE TRUST;
JULIE L. SUTTON REVOCABLE TRUST;
HERITAGE ADVISORS, LLC;
UNIVERSAL SPECIAL AUTO FINANCE, LLC;
UNIVERSAL CAPITAL MANAGEMENT, LLC;
UNIVERSAL HOLDINGS, INC.;
FAIRFAX CAPITAL MANAGEMENT, LLC;
BIRDIE, LLC;
WK CAPITAL ADVISORS, INC.;
CENTRIX CONSOLIDATED, LLC;
CENTRIX CAPITAL MANAGEMENT, LLC;
DAVID SUTTON;
KATHERINE SUTTON;
MICHAEL A. CONNOLLY;
JOHN DOES 1-10 (fictitious persons);
JOHN DOE ENTITIES 1-10 (fictitious entities); and
JOHN DOE ENTITIES 11-20 (fictitious entities),

     Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **October 22, 2010, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 14, 2010.**

The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

Dated: August 25th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge