IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02215-RPM

EVEREST NATIONAL INSURANCE COMPANY and
EVEREST REINSURANCE COMPANY,

      Plaintiffs,

v.

ROBERT E. SUTTON, individually and as trustee of the
  JULIE L. SUTTON REVOCABLE TRUST;
JULIE L. SUTTON, individually and as trustee of the
  JULIE L. SUTTON REVOCABLE TRUST;
JULIE L. SUTTON REVOCABLE TRUST;
HERITAGE ADVISORS, LLC;
UNIVERSAL SPECIAL AUTO FINANCE, LLC;
UNIVERSAL CAPITAL MANAGEMENT, LLC;
UNIVERSAL HOLDINGS, INC.;
FAIRFAX CAPITAL MANAGEMENT, LLC;
BIRDIE, LLC;
WK CAPITAL ADVISORS, INC.;
CENTRIX CONSOLIDATED, LLC;
CENTRIX CAPITAL MANAGEMENT, LLC;
DAVID SUTTON;
KATHERINE SUTTON;
MICHAEL A. CONNOLLY;
JOHN DOES 1-10 (fictitious persons);
JOHN DOE ENTITIES 1-10 (fictitious entities); and
JOHN DOE ENTITIES 11-20 (fictitious entities),

      Defendants.

_____

ORDER FOR DISMISSAL
_____

      Pursuant to the Joint Stipulation of Dismissal without Prejudice [36], filed on August 27,

2010, it is

      ORDERED that this case is dismissed without prejudice, each party to pay their own

attorneys fees and costs.

      Dated:   August 30th, 2010

                    BY THE COURT:

                    s/Richard P. Matsch
                    _____
                    Richard P. Matsch, Senior District Judge